**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **GLENN GREGOR** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-CV-2207 JWL/DJW |
| | ) | |
| **ALMIGHTY TOW SERVICE, L.L.C.** | ) | |
| | ) | |
| Defendant. | ) | |

### DESIGNATION OF PLACE OF TRIAL

**COMES NOW** Plaintiff Glenn Gregor, appearing by and through counsel, and designates the City of Kansas City, Kansas as the place of trial of this matter, pursuant to D. Kan. Rule 40.2.

Respectfully Submitted,

Castle Law Office of Kansas City, P.C.

/s/ Mark Meyer
Mark Meyer, KS #20988
Andrew Schendel, KS #24045
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF