

# Employee Handbook



# Almighty Tow Service, LLC

## Employee Handbook
### Introduction

The following handbook is designed to fully clarify the policies and procedures of Almighty Tow Service, LLC.

This business only grows when it achieves a reputation for excellence and service. To attract and motivate the very best employees requires programs and procedures that must be adhered to and followed.

Our reasoning to this approach is direct and customer centered. The profitable growth to our business is largely dependent upon attracting and retaining motivated and skilled employees. We seek to reach this goal through each employee acting as a full participating member of our team.

The goal of Almighty Tow Service is to provide emergency roadside service to motor club affiliation, Police Departments, private citizens and contracted businesses in a timely and efficient manner. We will always strive to meet all response times in 30 minutes or less. We believe that obtaining this goal will continue to make our business grow and succeed.

## Trial Period

During the first 90 days, Almighty Tow Service, LLC and you are on trial. During this trial you will be given every opportunity to prove your ability. If you or the company decides during this period that either is not suited to the other, it is fully understood that we may part without hard feelings.

1



First and foremost you are an Almighty Driver. Almighty Drivers are known to AAA and the public to get the job done quickly and accurately. We are also known to be aggressive and have good relationships with all of our affiliations and always present ourselves as professionals in any situation.

## Driver Job Description

- Understand, maintain, operate and keep clean assigned vehicle.
- Navigate and operate a Garmin GPS unit.
- Safely reach the call destination safely in under 30 minutes if possible.
- Complete all paperwork in a neat, legible and timely manner.
- Turn in all paperwork, cash and fuel receipts daily.
- Communicate clearly and courteously on both the AAA and base radios.
- Run all calls assigned to you by dispatch. Refusing any call will result in a written warning and may result in future dismissal.

## Driver Code of Conduct

- When dealing with customer or the general public.
- Never smoke in front of a customer.
- Never curse in front of a customer-using profanity is a cause for dismissal.
- Act professional at all times.
- Always be cordial and courteous.
- No riders are allowed outside of paying customers.

Always remember, you are a driving billboard and also our image in the community. How you drive and act in our community is a direct reflection on who we are as a company.

2



**Old-fashioned values of hard work, integrity, commitment and attention to detail are underlying principles that have established us as a leader in the Towing and Roadside Services Industry.**

## Mission Statement

We strive to deliver the best in Towing, Recovery and Roadside Services through process execution and shared values.

## Values

Our values are:

Integrity — do the right thing.

Commitment — work hard and give 100% every day.

Excellence — be your best and treat people with respect.

Safety — protect yourself and others.

3



# Driver Appearance

First impressions mean everything. The appearance of you truck is important. However, your personal appearance and hygiene is crucial.

### Drivers are required to show up for their shift:

- Showered

- Clean Uniform and clothes

- Freshly shaven (Goatee's/Beards are permitted but need to be kept neat)

- Your hair needs to be neatly trimmed

- Hands and fingernails clean

- Uniforms are not to be cut up and or altered

### Please notify management if you need any replacement shirts or Green reflective vests



## Equipment

**As a "Professional Driver" you are fully accountable to equip and maintain a very expensive piece of equipment. Treat our equipment with respect.** If your truck is maintained and cleaned on a daily basis, it will pay you back in the future resulting in less downtime. Please notify management or our mechanic for any mechanical or other issues related to your truck. Before your shift starts, check and perform the following:

- Check the oil, water and transmission fluid.
- Make sure your truck is full of fuel.
- Make sure you have a working floor jack, air tank and lockout tools
- Check all of your tires and tire pressure.
- Make sure the interior is cleaned, wiped down and all trash is removed.
- Make sure all of your exterior lights work.

**You are fully accountable for having all of the necessary equipment on your vehicle and also maintaining it. Turning down calls for not having necessary equipment will result in a write-up. Be fully prepared for your shift with no excuses. Advise management ASAP for replacement equipment.**

## Maintenance

All Maintenance on company trucks is to be performed by our mechanic or by another shop that is deemed acceptable by management. Under no circumstances shall a driver or anyone perform maintenance to a company truck.
**It is prohibited to install aftermarket accessories, lighting, window tint, strobes, chrome or any other accessory to one of our vehicles.**

## Mechanical Issues

Almighty Tow Service employs a full time mechanic that does all of the mechanical work to all of our company vehicles.
**The Mechanic can be contacted at: 913-314-9161**

5



## Equal Opportunity

The company provides equal opportunity for all employees and all applicants for employment without prejudice with regard to race, color, religion, national origin, sex, age, disability or veteran's status.
This policy extends to hiring, promotions, discipline, transfers, terminations and all other terms and conditions of employment.

## Accident Prevention

You are expected to wear the proper safety equipment, report unsafe conditions and see your supervisor when you are in doubt about the safe way to do your job. All Drivers as per State Law are required to wear a Florescent Green Safety Vest at all times.

## Accidents Involving Company Vehicles

In the event you are involved in an accident, under no circumstances should you admit fault. A police report is required for any accident we our involved in. Please notify management immediately if this occurs.

## Cellular Phones

Under no circumstances should a cellular phone be used while driving.

## Passengers or Riders in Company Vehicles

The only passengers or riders acceptable to ride in a company vehicle are passengers and or drivers of the car towed. Almighty Tow Service LLC does not carry insurance for riders other than paying customers.

6



## Outside Employment

No employee may perform any side service that Almighty Tow Service, LLC performs outside of the employee's normal working hours or shift. This will result in immediate termination of employment.

## Intoxicating Beverages and Narcotics

Almighty Tow Service, LLC operates a drug and alcohol free environment. The possession of or consumption of, intoxicating beverages or narcotics on company property is absolutely forbidden and a prime cause for dismissal

## Assigned Tasks and or Call Acceptance

Any task assigned to you by your supervisor under your job description must be performed. **Any refusal to perform a task under your job description or one given to you by a supervisor is a prime cause for dismissal.**

## Absences

If you find you must be absent from work for any reason, **notify us as 20 minutes prior to the start of your shift. Absences or personal leave will not be paid.**
If you are absent due to an illness for over 1 day, you will be required to bring a doctor's excuse before returning to work.

## Paydays

Paychecks are available every Friday at noon. Enrolling in Direct Deposit is encouraged

7



## Pilferage or Stealing

Pilferage of company property, property of customers, fellow employees or others is prohibited. So there can be no misunderstanding, the following is a list of examples, which constitutes **"stealing."** but is not limited to:

- **Pocketing cash or money from a call due the company**

- **Giving away items or services for which the company should receive payment.**

- **Using a fuel card to obtain fuel for the employees vehicle or other non-company use**

- **Stealing equipment from company trucks.**

- **Removing anything from a customer's vehicle or a Tow-Lot vehicle without management knowing.**

**Anyone caught "Stealing" will be immediately terminated.**

## Cash Invoices

Any driver not invoicing cash tickets or pocketing cash without an invoice or any other form of skimming money or embezzling money from the company will be immediately terminated. **There will be no exceptions to this policy.**
**All invoices issued to a driver will have to be used in numerical order before new invoices will be issued.**
Please keep in mind that if a cash invoice is not documented on your final day's RECAP sheet, that call will be considered theft and will result in immediate dismissal. **There are no 2nd chances.**

## Company Property

Each employee is expected to respect other employees' property and the company's property. Please clean the inside of your truck daily and empty all trash and other items out of your vehicle that may be in the way. To damage machinery, equipment, and building or any other company property or to remove such property without authorization is strictly prohibited



## Credit Card Payments

All credit card payments are required to be run before the vehicle is dropped at the destination. The credit card authorization number is required on all invoices. **Under no circumstances should a vehicle be unloaded before the credit card is run and an authorization number is obtained.**
The driver is responsible to note the authorization number on the invoice and to also note "Office Ran C/C" on each and every invoice.

## Cash Payments

**The driver is responsible for taking the cash payment on a "Cash Call" before the vehicle is dropped.** Do not drop the vehicle before a payment has been made. You will accompany the invoice and the cash to the office at the end of your shift.

## Recap Sheets and Invoices

All recap sheets, Cash and Credit Cards are required to be turned in daily at the end of your shift. The driver is 100% responsible for all Recap Sheets and Payments.

## Response Time's

It is every Drivers full responsibility to make every effort to be on location to a call under 30 minutes. Every driver is required to accept, en-route and ETA each call.

## AAA Calls

Remember you are an Almighty Driver. Our driver's are known with AAA to be very aggressive to get calls and to run each and every call they have, regardless of the commission of that call.
Do not wait for dispatch to put a call on your MDC. If you are AC/IV, make sure you call them and make sure they don't have any calls holding. Be aggressive.
Remember, life and businesses are all about relationships. The best drivers that Almighty has have solid relationships with AAA dispatch and they know to call on them when they need to get a call cleared or have a problem call. These relationships with AAA dispatch have paid off for our top drivers. Each and every Almighty Driver needs to strive to have these relationships.



## GPS Spots
Each and every company truck is to be GPS'ed in a different location. Under no circumstances should you be GPS'ed in the same location as another truck. GPS in a favorable location. It will benefit you in the end.

## Personal Conduct
Use of violence and or verbal abuse will not be tolerated. Consideration for the rights of another requires that an employee conduct himself or herself in a respectable and orderly manner. Foul language, verbal abuse, fighting, interference with fellow workers through "horse play" and other objectionable or unfavorable conduct will not be allowed.

## Radios
Each company vehicle has an MDC, AAA Radio and a Base Radio. Communicating on these radios is to be kept strictly professional. State call information and communicate clearly through these radio systems.

These radios are supplied in the trucks for the use of communicating calls and or other business issues involving company business and truck or maintenance. Please state your business and keep it strictly professional. The following will not be tolerated:
- Foul Language.
- Driver Personal Problems.
- Verbal Fighting.
- Antagonizing others through comments.
- Rude comments to other drivers.
- Unprofessional comments in general.
- Unprofessional Conduct.

If you have a problem or issue that cannot be resolved, please contact management.
**Any violation of the above will result in an immediate written warning.**

## Personal Problems...
Almighty Tow Service, LLC encourages all employees to obtain professional counseling and assistance when personal and financial problems are making life difficult or unpleasant. **Please keep personal problems and or issues outside of the workplace.**



## Your Shift
Your shift will be set and assigned by management. It is mandatory that during peak business times during the year you will be required to work extended hours. **Again, during peak business times this is mandatory with no negotiation. Hazardous weather work-All employees are on call 7/24-Even on your day off**. You will be notified by management by phone that day.

## Your Overnight Shift
Your overnight shift will be set by management and consist of the following days and hours. You are responsible for working your overnight shift.
Monday through Sunday-12:00 P.M. to 6:00 A.M. **You are also required to work your overnight on your day off unless you make prior arrangements to have your shift covered.**

## Vacation
After 12 month of continuous service, you will receive 5 full vacation days amounting in $100.00 per day. Your Vacation will need to be scheduled by management and is not valid during peak blackout dates during the year. If an employee "Quits or is Terminated" vacation money will not be paid. The employee must be employed and scheduled his or her vacation. These months are as follows:
**Winter Blackout-December 1st though March 31st**
**Summer Blackout-June 15th through September 15th**

## Calls converted to Insurance
If a driver converts a call to an insurance rate billed call, the following must happen:
The driver must make sure that the customer understands that an insurance call is billed to the body shop and will be then transferred to the estimate of that shop. If it is a motor club call that is converted, it will not count towards there membership. The customer must understand that we will bill the body shop or repair shop the following under our insurance rate billing.
$250.00 for a Kansas Body Shop
$350.00 for a Missouri Body Shop
**The driver must then have the customer initial on the invoice at the stated amounts-The full name and phone number of the insured. Mechanical or any other repairs are not eligible for Insurance Rate's.**



## Damage Waivers

Getting a signed damage waiver is the driver's responsibility. Any vehicle that the driver may damage as a result of winching and or towing needs to have a signed waiver. The customer needs to be fully advised that by us recovering, winching or towing their vehicle there may be damage incurred.
**Damage waivers cannot be signed by the customer after the damage is done. The driver needs to have the damage waiver signed before any damage is done.**

## Driver Property Damage Claims

Any damage done to our equipment, customer's vehicles and or property is the driver's responsibility. The driver is fully responsible not to damage anything.
**You are a professional driver. Always survey every situation and make sure that no damage will be done to either the customers vehicle, customers property or our equipment.**

## Rehire Eligibility

To be eligible for rehire at Almighty Tow Service, you must comply with the following before separating employment:
You must give us 2 weeks notice before leaving your position.
You must turn in all uniforms and company owned property.
You must leave in "Good" terms with management and co-workers.
You will not be eligible for Rehire if your employment was "Terminated" for any reason.

## Tire Changes

When we perform a tire change, it is our company policy that anything with a broken lug or stripped nut must be towed. All lugs and nuts must be tight and accounted for.
Example: if there are 5 Studs and nuts, all of them must be fully tightened to complete the service.
**It is a huge liability for Almighty Tow Service to perform a tire change with missing studs and or nuts. If our company is the last one to touch the vehicle, we have assumed liability typically no matter what the situation is. Be on the safe side and protect yourself and the company from liability-Radio AAA and have it towed.**



## Medical Reimbursement

After an employee completes 90 days of service, that employee is eligible for the Medical Reimbursement Program. The company will pay half of the employee's individual health insurance plan up to $150.00 per month. This plan is for the employee only and does not include dependents. The employee is responsible for sourcing there own health insurance and will be responsible for the monthly premium. We will reimburse the employee on there weekly paycheck.

## Truck Downtime-Standby Pay

While management does everything to minimize truck downtime due to mechanical failures, you will have time off or be asked to take a day off depending on truck availability or the nature of the failure. In this event, you will be paid $75.00 per day in standby pay for each day you are off due to a mechanical failure or truck availability only. Standby pay is not to exceed 2 days per pay period.
**Please be aware that while our trucks are well maintained in every respect, this is part of being in the tow business. Mechanical parts do and will fail from time to time. This is something each and every driver needs to be aware of and accept. If you cannot accept this, this is not the business for you. Please do not waste our time and yours.**
**We will do our best to minimize any downtime.**

## Uniforms and Reflective Vests

Uniforms and reflective vests will be checked out and charged back to your final paycheck in the event that you separate employment.

## DOT Inspections

At some point in your driving career with us, you will be stopped by the Department Of Transportation (DOT) for a vehicle and or equipment inspection. It is you responsibility to have your seat belt on, Drivers License and DOT card on you at all times. If the company gets fined for an issue that the driver is responsible for, the fine will be deducted out of your weekly pay.



# Employee Discipline Policy

The purpose of this policy is to standardize practices and procedures relating to employee discipline in response to the employees failure to meet the standards, objectives and rules set forth by Almighty Tow Service, LLC.

## Offenses calling for disciplinary action are divided into two groups:

**1.  Offenses calling for penalties aimed at correction, but are not limited to:**
Tardiness as per the Written Attendance Policy
Unauthorized absences as per the Written Attendance Policy
Driving Complaints
Customer Complaints
Damage Claims
Violating employee codes of conduct as per the Employee Handbook
Refusing to work extended hours during peak business cycles.

**2. Offenses calling for discharge, but are not limited to:**
Aggressive driving and or road rage.
Stealing any company or customer property.
Physical Altercations on the job.
Possession of weapons on the job.
Drugs or Alcohol-On the job or arriving at work under the influence.
Safety Violations.
Illegal Conduct on the job.
Violating any of the driver "Code of Conduct" policies.
Accidents-non-insurable
Intentionally damaging company property
Violating employee codes of conduct as per the Employee Handbook
Excessive Damage claims to our equipment or customer vehicles.
Insubordination-Refusal to obey legitimate instructions-Call refusal.
**Above are brief overviews of offenses that will result in immediate discharge.**



# Discipline Procedure

**Verbal Warning**-The employee will receive one oral warning.
Talk to the employee in private stating the situation and how to correct it in the future. A notation will be placed in the employees personnel file stating that this was an Oral Warning.

**Written Warnings**-The employee will receive 2 written warnings.
The employee will be talked to in private and management will set forth the infraction and how to correct it in the future.
Each written warning will be signed by the employee and management to be placed in the employees personnel file.

**Discharge-**After oral and written warnings, if the infractions still occur, the employee will be discharged by management.



## Written Attendance policy

If you are tardy 3 times within a 6th month period you will be dismissed for "Gross Misconduct" as per the "Written Attendance Policy" in this handbook. You will be given written notification (Employee Meeting/Misconduct Forms) that the tardiness or absences may result in your employment being terminated. This same policy also pertains to absences.

If you are absent due to an illness for over 2 consecutive days, you will be required to bring a doctor's excuse before returning to work. Tardiness and Absences are in violation of our attendance policy.

<u>No call or not showing up for work is considered job abandonment and will result in immediate separation for "Gross Misconduct"</u>