IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GLENN GREGOR )
 )
      Plaintiff, )
 )
vs. ) Case No. 10-CV-2207 JWL/DJW
 )
ALMIGHTY TOW SERVICE, L.L.C. )
 )
      Defendant. )

## ENTRY OF APPEARANCE AND DESIGNATION OF LEAD ATTORNEY

COMES NOW, Nicholas J. Porto, and the firm of BATY, HOLM & NUMRICH, P.C., 210 Plaza West Building, 4600 Madison Avenue, Kansas City, Missouri 64112, and enters his appearance as attorney of record and designated at lead attorney on behalf of Almighty Tow Service, L.L.C. in the above-referenced matter.

          BATY, HOLM & NUMRICH, P.C.

          By /s/ Nicholas J. Porto
          Nicholas J. Porto    KS#21984
          Theresa A. Otto    KS#16628
          4600 Madison, Suite 210
          Kansas City, MO 64112-3012
          Telephone:    816-531-7200
          Fax Number:  816-531-7201
          nporto@batyholm.com
          totto@batyholm.com
          ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2010, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Meyer
Andrew Schendel
CASTLE LAW OFFICE OF
KANSAS CITY, P.C.
818 Grand Blvd., Suite 700
Kansas City, MO  64106
Telephone:    816-283-0303
Fax Number:  816-842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF




/s/ Nicholas J. Porto
ATTORNEYS FOR DEFENDANT