IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GLENN GREGOR, <br><br> Plaintiff, <br><br> vs. <br><br> ALMIGHTY TOW SERVICE, L.L.C. <br><br> Defendant. | Case No. 10-CV-2207 JWL/DJW |

## ENTRY OF APPEARANCE

COMES NOW, Theresa A. Otto, and the firm of BATY, HOLM & NUMRICH, P.C., 210 Plaza West Building, 4600 Madison Avenue, Kansas City, Missouri 64112, and enters her appearance as attorney of record on behalf of Almighty Tow Service, L.L.C. in the above-referenced matter.

BATY, HOLM & NUMRICH, P.C.

By /s/ Nicholas J. Porto
Nicholas J. Porto           KS#21984
Theresa A. Otto             KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Fax Number:  816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2010, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Meyer
Andrew Schendel
CASTLE LAW OFFICE OF
KANSAS CITY, P.C.
818 Grand Blvd., Suite 700
Kansas City, MO   64106
Telephone:     816-283-0303
Fax Number:   816-842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF


/s/ Nicholas J. Porto
ATTORNEYS FOR DEFENDANT