IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **GLENN GREGOR**     )<br>                              )<br>     Plaintiff,          )<br>                              )<br>     vs.                  )<br>                              )<br>**ALMIGHTY TOW SERVICE, L.L.C.**  )<br>                              )<br>     Defendant.       )<br>                              ) | Case No. 10-CV-2207 JWL/DJW |

## JOINT MOTION FOR PROTECTIVE ORDER

**COMES NOW**, Plaintiff and Defendant, appearing by and through undersigned counsel, and submit the attached protective order, protecting documents, other tangible items, and/or testimony relating to confidential and/or personal information produced in connection with this matter.

Respectfully Submitted,

Castle Law Office of Kansas City, P.C.

s/ Andrew C. Schendel
Mark Meyer, KS #20988
Andrew Schendel, KS #24045
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

**BATY, HOLM & NUMRICH, P.C.**

By /s/ Nicholas J. Porto
Nicholas J. Porto              KS#21984
Theresa A. Otto                KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:    816-531-7200
Fax Number:   816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT