## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

GLENN GREGOR

      Plaintiff,

      vs.

ALMIGHTY TOW SERVICE, L.L.C.

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 10-CV-2207 JWL/DJW

### CERTIFICATE OF SERVICE

COMES NOW defendant Almighty Tow Service, L.L.C., by and through its counsel, and states that on the 19th day of August, 2010, Defendant's First Interrogatories to Plaintiff and First Request for Production of Documents were mailed to Mark Meyer and Andrew Schendel, attorneys for plaintiff. I further certify that a copy of this Certificate accompanied same.

**BATY, HOLM & NUMRICH, P.C.**

*/s/ Nicholas J. Porto*

| | |
|---|---|
| Nicholas J. Porto | KS#21984 |
| Theresa A. Otto | KS#16628 |

4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Fax Number:  816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT