IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GLENN GREGOR )
)
Plaintiff, )
) Case No. 10-CV-2207 JWL/DJW
vs. )
)
ALMIGHTY TOW SERVICE, L.L.C. )
)
Defendant. )
)

## CERTIFICATE OF SERVICE

COMES NOW defendant Almighty Tow Service, L.L.C., by and through its counsel, and states that on the 3rd day of September, 2010, Defendant's Initial Disclosures was mailed to Mark Meyer and Andrew Schendel, attorneys for plaintiff. I further certify that a copy of this Certificate accompanied same.

BATY, HOLM & NUMRICH, P.C.

*/s/ Nicholas J. Porto*
Nicholas J. Porto          KS#21984
Theresa A. Otto            KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Fax Number:  816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT