# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **GLENN GREGOR** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. |
| | ) | |
| **ALMIGHTY TOW SERVICE, L.L.C.** | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

COMES NOW Plaintiff and certifies that he served a copy of his Rule 26(a) initial Disclosures upon Counsel for the Defendant at the address listed below on September 7, 2010.

Respectfully Submitted,

Castle Law Office of Kansas City, P.C.

/s/ Mark Meyer_____
Mark Meyer, KS #20988
Andrew Schendel, KS #24045
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via ECF and U.S. Mail, postage prepaid, this 7th day of September 2010, to:

>Nicholas J. Porto
>Baty, Holm & Numrich, P.C.
>4600 Madison, Suite 210
>Kansas City, Missouri 64112
>(816) 531-7200 – office
>(816) 531-7201 – fax
>e-mail: nporto@batyholm.com
>ATTORNEYS FOR DEFENDANTS

 /s/ Mark E. Meyer