IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GLENN GREGOR,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ALMIGHTY TOW SERVICE, L.L.C.<br><br>　　　　Defendant. | Case No. 10-CV-2207 JWL/DJW |

**DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO
STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

COMES NOW Defendant Almighty Tow Service, LLC, pursuant to Fed. R. Civ. Pro. § 12(b)(6), by and through its counsel of record, and submits its Motion to Dismiss Count 2 or, alternatively, Count 3, of Plaintiff's Complaint. In support of said Motion, Defendant refers to its concurrently filed Memorandum.

WHEREFORE, Defendant requests that the Court dismiss Count 2 or, alternatively, Count 3, of Plaintiff's Complaint, and for whatever further relief that the Court deems necessary and just.

**BATY, HOLM & NUMRICH, P.C.**

By /s/ Nicholas J. Porto
Nicholas J. Porto　　　　KS#21984
Theresa A. Otto　　　　KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:　816-531-7200
Fax Number:　816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 17th day of September, 2010, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Meyer
Andrew Schendel
CASTLE LAW OFFICE OF
KANSAS CITY, P.C.
818 Grand Blvd., Suite 700
Kansas City, MO   64106
Telephone:     816-283-0303
Fax Number:   816-842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF

/s/ Nicholas J. Porto
ATTORNEYS FOR DEFENDANT