## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GLENN GREGOR** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**ALMIGHTY TOW SERVICE, L.L.C.** )<br>)<br>Defendant. ) | Case No. 10-CV-2207 JWL/DJW |

### CERTIFICATE OF SERVICE

**COMES NOW** Plaintiff, by and through counsel, and certifies that responses to Defendant's First Request for Production and First Interrogatories to Plaintiff were served via first class mail and e-mail to Nicholas Porto and Theresa Otto, attorneys for the defendant, on September 23, 2010.  Plaintiff further certifies that a copy of this certificate accompanied the same.

Respectfully Submitted,

Castle Law Office of Kansas City, P.C.

*/s/ Andrew C. Schendel*
Mark E. Meyer, KS #20988
Andrew C. Schendel, KS #24045
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF