IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GLENN GREGOR ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 10-CV-2207 JWL/DJW |
| vs. ) | |
| ) | |
| ALMIGHTY TOW SERVICE, L.L.C. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF DEPOSITION OF GLENN GREGOR

TO: PARTIES AND ATTORNEYS OF RECORD

YOU ARE HEREBY NOTIFIED that the deposition of Glenn Gregor will be taken by defendant on **Wednesday, September 29, 2010**, at Baty, Holm & Numrich, P.C., 4600 Madison Avenue, Suite 210, Kansas City, Missouri 64112. The deposition will begin at **9:00 a.m.** and shall continue from day to day until completed. The deposition will be stenographically recorded by Cooper Moeller Court Reporting.

BATY, HOLM & NUMRICH, P.C.

By /s/ Nicholas J. Porto
Nicholas J. Porto            KS#21984
Theresa A. Otto              KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:   816-531-7200
Fax Number:  816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of September, 2010, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Meyer
Andrew Schendel
CASTLE LAW OFFICE OF
KANSAS CITY, P.C.
818 Grand Blvd., Suite 700
Kansas City, MO   64106
Telephone:     816-283-0303
Fax Number:   816-842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF



/s/ Nicholas J. Porto
ATTORNEYS FOR DEFENDANT