**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **GLENN GREGOR** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-CV-2207 JWL/DJW |
| ) | |
| **ALMIGHTY TOW SERVICE, L.L.C.** ) | |
| ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE**

**COMES NOW** Plaintiff, by and through counsel, and certifies that Plaintiff's First Interrogatories, First Requests for Production, and First Requests for Admission to Defendant were served via first class mail and e-mail to Nicholas Porto and Theresa Otto, attorneys for the defendant, on September 29, 2010. Plaintiff further certifies that a copy of this certificate accompanied the same.

Respectfully Submitted,

Castle Law Office of Kansas City, P.C.

*/s/ Andrew C. Schendel*
Mark E. Meyer, KS #20988
Andrew C. Schendel, KS #24045
818 Grand Blvd, Suite 700
Kansas City, Missouri 64106
(816) 283-0303 phone
(816) 842-0016 facsimile
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEY FOR PLAINTIFF