IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| GLENN GREGOR ) | |
| ) | |
| Plaintiff, ) | Case No. 10-CV-2207 JWL/DJW |
| ) | |
| vs. ) | |
| ) | |
| ALMIGHTY TOW SERVICE, L.L.C. ) | |
| ) | |
| Defendant. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE MOTION TO COMPEL

COMES NOW Defendant Almighty Tow Service, L.L.C., by and through its counsel of record, and moves this Court for an order extending the deadline up to and including November 12, 2010 to file its Motion to Compel. In support of this Motion, Defendant states as follows:

1. Defendant's Motion to Compel is due on October 22, 2010 based on Plaintiff's service of his response to Defendant's Interrogatories and Requests for Production of Documents on September 22, 2010.

2. There have been no prior extensions with respect to this discovery.

3. Counsel for the parties have conferred about Defendant's objections. Plaintiff's counsel has no objection to the requested extension.

4. The proposed extension is not requested for the purposes of delay and will not interfere with the other deadlines in this case.

**WHEREFORE,** Defendant prays for an Order extending the time to file its Motion to Compel up to and including November 12, 2010.

BATY, HOLM & NUMRICH, P.C.

By /s/ Nicholas J. Porto
Nicholas J. Porto          KS#21984
Theresa A. Otto            KS#16628
4600 Madison, Suite 210
Kansas City, MO 64112-3012
Telephone:    816-531-7200
Fax Number:  816-531-7201
nporto@batyholm.com
totto@batyholm.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2010, I electronically filed the above and foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to the following:

Mark Meyer
Andrew Schendel
CASTLE LAW OFFICE OF
KANSAS CITY, P.C.
818 Grand Blvd., Suite 700
Kansas City, MO  64106
Telephone:    816-283-0303
Fax Number:  816-842-0016
mmeyer@castlelaw-kc.com
aschendel@castlelaw-kc.com
ATTORNEYS FOR PLAINTIFF


/s/ Nicholas J. Porto
ATTORNEYS FOR DEFENDANT